**Electronically Filed
Supreme Court
SCWC-17-0000642
14-JAN-2019
11:05 AM**

SCWC-17-0000642

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

RICHARD STAR,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee,

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000642; S.P.P. NO. 16-1-0018; CR. NO. 94-1549)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Ochiai, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Richard Star's application for writ of certiorari filed on November 19, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, January 14, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Dean E. Ochiai

